# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 03-00426-01-CR-W-FJG |
| ALEX MARTINEZ, | ) |
| Defendant. | ) |

## ORDER

Defendant was ordered to undergo a competency evaluation. Defendant was examined by Dr. Lesli Johnson, who concluded that the defendant is competent to understand the nature and consequence of the proceedings against him and to assist in his defense. During the July 23, 2019 competency hearing held before Magistrate Judge John T. Maughmer, the parties stipulated to Dr. Johnson's Psychiatric Evaluation, and no other evidence was offered on the issue of defendant's competency to stand trial. Magistrate Judge Maughmer entered a Report and Recommendation that the Court find defendant is competent to understand the nature and consequences of the proceedings against him and assisting in his defense. No objections were filed to Magistrate Judge Maughmer's Report and Recommendation. Therefore, after making an independent review of the record, it is

ORDERED that the Report and Recommendation (Doc. No. 62) of Magistrate Judge John T. Maughmer is adopted in its entirety, and this Court finds that Defendant is competent to stand trial.

Date: August 15, 2019  **S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri  Fernando J. Gaitan, Jr.
United States District Judge